Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−23382−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C. Lamonica
   768 Springfield Avenue
   Apt C1
   Summit, NJ 07901

Social Security No.:
   xxx−xx−2501

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      11/21/19
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney,

COMMISSION OR FEES
$10,605.00

EXPENSES
$384.90

If this is a chapter 13 case, the fees and expenses awarded:

    ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☑   will reduce the amount to be paid to general unsecured creditors under the plan as follows: $7,856.90 Less Available for Pro Rata Distribution

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 21, 2019
JAN:

                                                         Jeanne Naughton
                                                         Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                        Case No. 19-23382-VFP
   Anthony C. Lamonica                                        Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2              Date Rcvd: Oct 21, 2019
                              Form ID: 137                Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db             +Anthony C. Lamonica,    768 Springfield Avenue,    Apt C1,   Summit, NJ 07901-2333
518343188      +AXA Equitable,    PO Box 1047,    Charlotte, NC 28201-1047
518343182      +Alert Ambulance Service,    PO Box 192,    Brick, NJ 08723-0192
518397968       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518343183      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,   El Paso, TX 79998-1540
518343184      +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
518343186      +Amex/Bankruptcy,    Po Box 8218,    Mason, OH 45040-8218
518343185      +Amex/Bankruptcy,    Correspondence,    Po Box 981540,   El Paso, TX 79998-1540
518343187      +Atrium Post Acute Care of Livingston,    348 East Cedar Street,    Livingston, NJ 07039-4221
518343190     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
518343189      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,   Tampa, FL 33634-2413
518419756      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518343193      +Chase Auto Finance,    Po Box 901003,    Ft Worth, TX 76101-2003
518343194      +Chase Card Services,    Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
518343195      +Chase Card Services,    P.o. Box 15298,    Wilmington, DE 19850-5298
518343196      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
518343197      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
518343198      +First Class Movers, Inc.,    18 Passaic Avenue, Unit 3,   Fairfield, NJ 07004-3834
518357206      +Goldberg Realty Associates,    33 Clinton Road,   Caldwell, NJ 07006-6790
518354936      +Goldberg Realty Associates,    33 Clinton Road, Ste 202,    West Caldwell, NJ 07006-6790
518343199       Imaging Consultants of Essex,    P.O Box 3247,   Indianapolis, IN 46206-3247
518343201      +KML Law Group, P.C.,    216 Haddon Ave,   Suite 406,   Westmont, NJ 08108-2812
518343204      +Melissa C Lamonica,    768 Springfield Ave, Unit C-1,   Summit, NJ 07901-2333
518343205      +Monmouth Ocean Hospital Service Corp,    4806 Megill Road,    Suite 3,   Neptune, NJ 07753-6926
518343206      +Nissan Motor Acceptance,    P.o. Box 660366,    Dallas, TX 75266-0366
518343207      +Nissan Motor Acceptance,    Attn: Bankruptcy Dept,    Po Box 660360,    Dallas, TX 75266-0360
518343210      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518343215     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 PO Box 245,   Trenton, NJ 08695-0245)
518343211      +Santander Bank,    Mail Code: MA1-MB3-01-21,    2 Morrissey Boulevard,   Boston, MA 02125-3312
518343212      +Santander Bank,    Po Box 841002,    Boston, MA 02284-1002
518343213      +Santander Bank,    450 Penn St,    Reading, PA 19602-1011
518415799      +Santander Bank, N.A.,    450 Penn Street, Mail Code 10-421-MC3,    Reading, PA 19602-1011
518343216      +Summit West Condominium,    c/o Community Management Corp.,    1225 Alma Rd Ste 100,
                 Richardson, TX 75081-2298
518343217      +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
518343218      +United Healthcare Insurance Company,    PO Box 30607,    Salt Lake City, UT 84130-0607
518343222      +Visa Dept Store National Bank/Macy's,    Po Box 8218,   Mason, OH 45040-8218
518343221      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 22 2019 00:26:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 22 2019 00:26:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518343192      +E-mail/Text: bk.notifications@jpmchase.com Oct 22 2019 00:26:46       Chase Auto Finance,
                 Attn: Bankruptcy,    Po Box 901076,   Fort Worth, TX 76101-2076
518459571       E-mail/Text: bnc-quantum@quantum3group.com Oct 22 2019 00:26:48
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
518343200      +E-mail/Text: cio.bncmail@irs.gov Oct 22 2019 00:26:25      IRS,   PO BOX 7346,
                 Philadelphia, PA 19101-7346
518417953      +E-mail/Text: bk.notifications@jpmchase.com Oct 22 2019 00:26:46       JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-5757,    Phoenix, AZ 85038-9505
518343203      +E-mail/Text: camanagement@mtb.com Oct 22 2019 00:26:35      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
518343202      +E-mail/Text: camanagement@mtb.com Oct 22 2019 00:26:35      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
518404922      +E-mail/Text: camanagement@mtb.com Oct 22 2019 00:26:35      M&T BANK,    PO BOX 840,
                 Buffalo, NY 14240
518454738      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 22 2019 00:26:53      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN MI 48090-2011
518343209      +E-mail/Text: bnc@nordstrom.com Oct 22 2019 00:26:20      Nordstrom Signature Visa,
                 13531 E Caley Ave,    Englewood, CO 80111-6505
518343208      +E-mail/Text: bnc@nordstrom.com Oct 22 2019 00:26:20      Nordstrom Signature Visa,
                 Attn: Bankruptcy,    Po Box 6555,   Englewood, CO 80155-6555
518343214      +E-mail/Text: clientservices@simonsagency.com Oct 22 2019 00:27:27       Simons Agency, Inc.,
                 Attn: Bankruptcy,    4963 Wintersweet Dr.,   Liverpool, NY 13088-2176
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Oct 21, 2019
                              Form ID: 137             Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518343219      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 22 2019 00:25:28
                Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                Weldon Springs, MO 63304-2225
518449930      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2019 00:44:49      Verizon,
                by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518343220      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 22 2019 00:25:28
                Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
                                                                                            TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518343223       Woodlands at West Orange Condo
518343191*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,   Po Box 982238,   El Paso, TX 79998)
518475126*     JPMorgan Chase Bank, N.A.,   National Bankruptcy Department,   P.O. Box 29505 AZ1-5757,
                Phoenix, AZ 85038-9505
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    M&T BANK NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    M&T BANK phillip.raymond@mccalla.com
              Scott E. Tanne    on behalf of Debtor Anthony C. Lamonica ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```