**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for the Debtor(s)**

Order Filed on December 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Anthony C. LaMonica**

Debtor(s)

Case No.: 19-23382-VFP

Adv. No.:

Hearing Date:

Judge: Papalia

# ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEY FEES AND EXPENSES TO COUNSEL FOR DEBTOR(S)

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 4, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtor: Anthony C. LaMonica
Case No.:  19-23382-VFP
Caption of Order:  Order for Allowance of Pre-Confirmation Attorney Fees and Expenses to Counsel for Debtor

_____

Upon consideration of Debtor's Attorneys application for an order requesting

supplemental allowance fees, and good cause appearing therefore, it is hereby

**ORDERED** that the applicant be and is hereby allowed the following fees and reimbursement of costs, net of credits for sums heretofore received, to wit:

For fees and expenses in consideration of services rendered…………….. $10,989.90
and it is,

**FURTHER ORDERED** that said sum, an administrative expense of the Debtor's estate in accordance with Sec. 503(b)(2), United States Bankruptcy Code (11 U.S.C. Sec. 503(b)(2)), shall be paid in the following manner:

$3,133.00 retainer deposit paid directly prior to case filing.

$7,856.90 to be paid through the debtor's Chapter 13 Plan.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony C. Lamonica  
      Debtor

Case No. 19-23382-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 05, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.  
db         +Anthony C. Lamonica,    768 Springfield Avenue,    Apt C1,    Summit, NJ 07901-2333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:  
        Kevin Gordon McDonald   on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Melissa N. Licker   on behalf of Creditor   M&T BANK NJ_ECF_Notices@mccalla.com  
        Phillip Andrew Raymond   on behalf of Creditor   M&T BANK phillip.raymond@mccalla.com  
        Scott E. Tanne   on behalf of Debtor Anthony C. Lamonica ecf@tannelaw.com,  
  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                         TOTAL: 6