UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Lamonica, Anthony C.

Case No.: ___19-23382 VFP___

Chapter: ___13___

Hearing Date: _____

Judge: ___Vincent F. Papalia___

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Status Change Form filed on 12/12/19, docket number 37

Date: 12/13/19

/s/ Denise Carlon
Signature

*rev.8/1/15*