UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Lamonica, Anthony C.

Case No.:     19-23382 VFP

Chapter:     13

Hearing Date: _____

Judge:     Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled         ☒ Withdrawn

Matter: Notice of Mortgage Payment Change filed 9/13/19, claim #2

_____

Date: 12/16/19                        /s/ Denise Carlon
                                      Signature

*rev.8/1/15*