SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ 07901

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 19-23382

| Re: | ANTHONY C. LAMONICA | Atty: | SCOTT E TANNE ESQ |
|---|---|---|---|
|  | 768 SPRINGFIELD AVE., APT. C1 |  | 4 CHATHAM ROAD |
|  | SUMMIT, NJ 07901 |  | SUMMIT, NJ 07901 |

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $128,061.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/28/2019 | $2,122.00 | 6127232000 | 10/18/2019 | $1,061.00 | |
| 10/18/2019 | $1,061.00 | | 11/01/2019 | $1,061.00 | |
| 11/01/2019 | $1,061.00 | | 12/04/2019 | $1,061.00 | |
| 12/04/2019 | $1,061.00 | | | | |

**Total Receipts: $8,488.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $8,488.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| M & T BANK | 12/16/2019 | $212.91 | 8,001,332 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 415.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 7,856.90 | 100.00% | 7,856.90 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AXA EQUITABLE | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALERT AMBULANCE SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 2,319.04 | * | 0.00 | |
| 0005 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 21,397.34 | * | 0.00 | |
| 0007 | ATRIUM POST ACUTE CARE OF LIVINGST | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BANK OF AMERICA | UNSECURED | 28,979.65 | * | 0.00 | |
| 0009 | BANK OF AMERICA | UNSECURED | 24,602.89 | * | 0.00 | |
| 0010 | BANK OF AMERICA | UNSECURED | 2,010.99 | * | 0.00 | |
| 0011 | CHASE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | FIRST CLASS MOVERS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0019 | IMAGING CONSULTANTS OF ESSEX | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | M & T BANK | MORTGAGE ARRE | 41,553.06 | 100.00% | 212.91 | |
| 0024 | MONMOUTH OCEAN HOSPITAL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | JPMORGAN CHASE BANK NA | VEHICLE SECURE | 447.53 | 100.00% | 0.00 | |

**Chapter 13 Case # 19-23382**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0026 | NISSAN MOTOR ACCEPTANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | NORDSTROM SIGNATURE VISA | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SANTANDER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SANTANDER BANK NA | UNSECURED | 6,862.02 | * | 0.00 | |
| 0032 | SANTANDER BANK NA | UNSECURED | 6,922.90 | * | 0.00 | |
| 0033 | SIMONS AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0035 | SUMMIT WEST CONDOMINIUM | SECURED | 0.00 | 100.00% | 0.00 | |
| 0036 | TRANS UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | UNITED HEALTHCARE INSURANCE COM | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 539.70 | * | 0.00 | |
| 0043 | WOODLANDS AT WEST ORANGE CONDO | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | CEDAR STREET COMMONS | UNSECURED | 12,121.74 | * | 0.00 | |
| 0045 | NISSAN MOTOR ACCEPTANCE CORPORA | UNSECURED | 6,196.22 | * | 0.00 | |
| 0046 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 71.54 | * | 0.00 | |
| 0047 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 380.31 | * | 0.00 | |

**Total Paid:  $8,485.71**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $8,488.00      -      Paid to Claims: $212.91      -      Admin Costs Paid: $8,272.80      =      Funds on Hand: $2.29

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.