UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Anthony Lamonica,

Debtor.

Case No.:      19-23382-VFP

Chapter:      13

Hearing Date:      3/5/2020

Judge:      Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 768 Springfield, Summit City, NJ (Docket # 40)

_____

Date: 3/2/2020          /s/ Denise Carlon
                        Signature

*rev.8/1/15*