| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>M&T Bank | |
| In Re:<br><br>Anthony C. Lamonica | Case No.:    __19-23382 VFP__<br><br>Chapter:    __13__<br><br>Hearing Date:    _____<br><br>Judge:    __Vincent F. Papalia__ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter:  Status Change Form filed December 16, 2019 at docket number 39

_____

Date: 3/27/2020                                             /s/ Denise Carlon
                                                                           Signature

*rev.8/1/15*