SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901

Re: ANTHONY C. LAMONICA
PO BOX 1851
LIVINGSTON,  NJ  07039

Atty: SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
### Chapter 13 Case # 19-23382

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $141,150.00**

### RECEIPTS AS OF 01/15/2021     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/28/2019 | $2,122.00 | 6127232000 | 10/18/2019 | $1,061.00 | |
| 10/18/2019 | $1,061.00 | | 11/01/2019 | $1,061.00 | |
| 11/01/2019 | $1,061.00 | | 12/04/2019 | $1,061.00 | |
| 12/04/2019 | $1,061.00 | | 02/19/2020 | $1,061.00 | |
| 02/24/2020 | $1,061.00 | | 04/27/2020 | $500.00 | |
| 06/12/2020 | $1,000.00 | | 09/17/2020 | $3,000.00 | 543197305 |
| 12/22/2020 | $1,100.00 | 543692384 | 01/15/2021 | $1,100.00 | 544918072 |

**Total Receipts: $17,310.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $17,310.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 03/16/2020 | $23.73 | 845,248 | | 06/15/2020 | $9.37 | 850,747 |
| M & T BANK | | | | | | | |
| | 12/16/2019 | $212.91 | 8,001,332 | | 03/16/2020 | $1,990.22 | 8,001,447 |
| | 05/18/2020 | $284.65 | 8,001,543 | | 05/18/2020 | $162.29 | 8,001,543 |
| | 06/15/2020 | $585.10 | 8,001,605 | | 06/15/2020 | $333.59 | 8,001,605 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,041.24 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 11,189.00 | 100.00% | 10,631.90 | 557.10 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AXA EQUITABLE | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALERT AMBULANCE SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 2,319.04 | * | 0.00 | |
| 0005 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 21,397.34 | * | 0.00 | |
| 0007 | ATRIUM POST ACUTE CARE OF LIVINGST | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BANK OF AMERICA | UNSECURED | 28,979.65 | * | 0.00 | |
| 0009 | BANK OF AMERICA | UNSECURED | 24,602.89 | * | 0.00 | |

**Chapter 13 Case # 19-23382**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0010 | BANK OF AMERICA | UNSECURED | 2,010.99 | * | 0.00 | |
| 0011 | CHASE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | FIRST CLASS MOVERS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0019 | IMAGING CONSULTANTS OF ESSEX | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | M & T BANK | MORTGAGE ARRE | 41,553.06 | 100.00% | 3,072.88 | |
| 0024 | MONMOUTH OCEAN HOSPITAL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | JPMORGAN CHASE BANK NA | VEHICLE SECURE | 447.53 | 100.00% | 33.10 | |
| 0026 | NISSAN MOTOR ACCEPTANCE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | NORDSTROM SIGNATURE VISA | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SANTANDER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SANTANDER BANK NA | UNSECURED | 6,862.02 | * | 0.00 | |
| 0032 | SANTANDER BANK NA | UNSECURED | 6,922.90 | * | 0.00 | |
| 0033 | SIMONS AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0035 | SUMMIT WEST CONDOMINIUM | SECURED | 0.00 | 100.00% | 0.00 | |
| 0036 | TRANS UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | UNITED HEALTHCARE INSURANCE COM | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 539.70 | * | 0.00 | |
| 0043 | WOODLANDS AT WEST ORANGE CONDO | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | CEDAR STREET COMMONS | UNSECURED | 12,121.74 | * | 0.00 | |
| 0045 | NISSAN MOTOR ACCEPTANCE CORPORA | UNSECURED | 6,196.22 | * | 0.00 | |
| 0046 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 71.54 | * | 0.00 | |
| 0047 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 380.31 | * | 0.00 | |
| 0048 | M & T BANK | (NEW) MTG Agree | 22,435.22 | 100.00% | 495.88 | |

**Total Paid: $15,275.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $17,310.00    -    Paid to Claims: $3,601.86    -    Admin Costs Paid: $11,673.14    =    Funds on Hand: $2,035.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.