Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−23382−VFP
                Chapter:  13
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C. Lamonica
   P O Box 1851
   Livingston, NJ 07039

Social Security No.:
   xxx−xx−2501

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      6/17/21
Time:     02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney,

COMMISSION OR FEES
$1,191.00

EXPENSES
$2.04.

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows: base to be paid upon sale of property.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 17, 2021
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 19-23382-VFP
Anthony C. Lamonica                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                    Page 1 of 3
Date Rcvd: May 17, 2021                      Form ID: 137                                   Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony C. Lamonica, P O Box 1851, Livingston, NJ 07039-7451 |
| 518343188 | + | AXA Equitable, PO Box 1047, Charlotte, NC 28201-1047 |
| 518343182 | + | Alert Ambulance Service, PO Box 192, Brick, NJ 08723-0192 |
| 518397968 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518343184 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518343183 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518343186 | + | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 518343185 | + | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518343187 | + | Atrium Post Acute Care of Livingston, 348 East Cedar Street, Livingston, NJ 07039-4221 |
| 518343190 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 518343189 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518419756 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518618710 | + | Cedar Street Commons, Rosenberg & Rosenberg, 2816 Morris Ave., Suite 23, Union, New Jersey 07083-4869 |
| 518343196 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 518343197 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 518343198 | + | First Class Movers, Inc., 18 Passaic Avenue, Unit 3, Fairfield, NJ 07004-3834 |
| 518357206 | + | Goldberg Realty Associates, 33 Clinton Road, Caldwell, NJ 07006-6790 |
| 518354936 | + | Goldberg Realty Associates, 33 Clinton Road, Ste 202, West Caldwell, NJ 07006-6790 |
| 518343199 | | Imaging Consultants of Essex, P.O Box 3247, Indianapolis, IN 46206-3247 |
| 518343201 | #+ | KML Law Group, P.C., 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |
| 518343204 | #+ | Melissa C Lamonica, 768 Springfield Ave, Unit C-1, Summit, NJ 07901-2333 |
| 518343205 | + | Monmouth Ocean Hospital Service Corp, 4806 Megill Road, Suite 3, Neptune, NJ 07753-6926 |
| 518343206 | + | Nissan Motor Acceptance, P.o. Box 660366, Dallas, TX 75266-0366 |
| 518343207 | + | Nissan Motor Acceptance, Attn: Bankruptcy Dept, Po Box 660360, Dallas, TX 75266-0360 |
| 518343210 | + | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518343215 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 518343212 | + | Santander Bank, Po Box 841002, Boston, MA 02284-1002 |
| 518343213 | + | Santander Bank, 450 Penn St, Reading, PA 19602-1011 |
| 518343211 | + | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 518415799 | + | Santander Bank, N.A., 450 Penn Street, Mail Code 10-421-MC3, Reading, PA 19602-1011 |
| 518343216 | + | Summit West Condominium, c/o Community Management Corp., 1225 Alma Rd Ste 100, Richardson, TX 75081-2298 |
| 518343217 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 518343218 | + | United Healthcare Insurance Company, PO Box 30607, Salt Lake City, UT 84130-0607 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 17 2021 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 17 2021 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518343192 | + | Email/Text: bk.notifications@jpmchase.com | May 17 2021 20:49:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 518343193 | + | Email/Text: bk.notifications@jpmchase.com | May 17 2021 20:49:00 | Chase Auto Finance, Po Box 901003, Ft Worth, TX 76101-2003 |
| 518343221 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2021 22:21:09 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518343222 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2021 22:21:09 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518459571 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2021 20:49:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518343200 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2021 20:48:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518343194 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 17 2021 22:23:28 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518343195 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 17 2021 22:22:14 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 518417953 | | Email/Text: bk.notifications@jpmchase.com | May 17 2021 20:49:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518343203 | | Email/Text: camanagement@mtb.com | May 17 2021 20:49:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 518343202 | | Email/Text: camanagement@mtb.com | May 17 2021 20:49:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518404922 | | Email/Text: camanagement@mtb.com | May 17 2021 20:49:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 518454738 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2021 20:49:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 518343208 | + | Email/Text: bnc@nordstrom.com | May 17 2021 20:48:22 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518343209 | + | Email/Text: bnc@nordstrom.com | May 17 2021 20:48:51 | Nordstrom Signature Visa, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 518343214 | + | Email/Text: clientservices@simonsagency.com | May 17 2021 20:50:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 518449930 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 17 2021 22:22:26 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518343219 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 17 2021 20:47:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 518343220 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 17 2021 20:47:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518561056 | | M & T Bank |
| 518343223 | | Woodlands at West Orange Condo |
| 518343191 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 518475126 | * | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |

Case 19-23382-VFP    Doc 93    Filed 05/19/21    Entered 05/20/21 00:20:44    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2021 | Form ID: 137 | Total Noticed: 54 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor M&T BANK NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Scott E. Tanne | on behalf of Debtor Anthony C. Lamonica ecf@tannelaw.com tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7