**mcm** Midland Credit
Management, Inc.

PO Box 2011 Warren, MI 48090-2036
Toll Free: 877-495-2902
Fax: 866-818-1718

August 31, 2021

**US BANKRUPTCY COURT**
 District NEW JERSEY

RE:     Claim filed on ANTHONY  LAMONICA
         Case # 19-23382
         Claim # 3

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

To Whom It May Concern:

        Midland Credit Management, Inc. hereby withdraws Proof of Claim number ___3___ dated
September 11, 2019.

Thank you,

/s/ Joseph Raymond
Bankruptcy Specialist

Name:     Joseph Raymond
Address:   Po Box 2011
            Warren, MI 48090
Phone:  877-495-2902
Fax :     866-818-1718
Email:  MBX_ILMS_Bankruptcy@mcmcg.com