SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901

Re:   ANTHONY C. LAMONICA                    Atty:   SCOTT E TANNE ESQ
      PO BOX 1851                                    4 CHATHAM ROAD
      LIVINGSTON,  NJ  07039                         SUMMIT, NJ  07901

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 19-23382

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $38,910.00**

## RECEIPTS AS OF 01/14/2022          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 08/28/2019 | $2,122.00 | 6127232000 | 10/18/2019 | $1,061.00 | |
| 10/18/2019 | $1,061.00 | | 11/01/2019 | $1,061.00 | |
| 11/01/2019 | $1,061.00 | | 12/04/2019 | $1,061.00 | |
| 12/04/2019 | $1,061.00 | | 02/19/2020 | $1,061.00 | |
| 02/24/2020 | $1,061.00 | | 04/27/2020 | $500.00 | |
| 06/12/2020 | $1,000.00 | | 09/17/2020 | $3,000.00 | 543197305 |
| 12/22/2020 | $1,100.00 | 543692384 | 01/15/2021 | $1,100.00 | 544918072 |
| 03/16/2021 | $1,600.00 | 545208737 | 06/02/2021 | $500.00 | 545992503 |
| 06/08/2021 | $500.00 | 545993291 | 07/08/2021 | $500.00 | 546517811 |
| 08/05/2021 | $500.00 | 546830201 | 09/08/2021 | $500.00 | 546831145 |
| 10/06/2021 | $500.00 | 546831922 | 11/16/2021 | $500.00 | 547592670 |
| 12/07/2021 | $500.00 | 546519914 | 01/14/2022 | $500.00 | 547930438 |

**Total Receipts: $23,410.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $23,410.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022          (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 03/16/2020 | $23.73 | 845,248 | | 06/15/2020 | $9.37 | 850,747 |
| | 04/19/2021 | $10.28 | 868,761 | | 10/18/2021 | $7.88 | 879,426 |
| | 12/13/2021 | $6.48 | 882,767 | | | | |
| M & T BANK | | | | | | | |
| | 12/16/2019 | $212.91 | 8,001,332 | | 03/16/2020 | $1,990.22 | 8,001,447 |
| | 05/18/2020 | $284.65 | 8,001,543 | | 05/18/2020 | $162.29 | 8,001,543 |
| | 06/15/2020 | $585.10 | 8,001,605 | | 06/15/2020 | $333.59 | 8,001,605 |
| | 02/22/2021 | $18.60 | 8,002,074 | | 02/22/2021 | $10.60 | 8,002,074 |
| | 04/19/2021 | $936.17 | 8,002,177 | | 04/19/2021 | $533.75 | 8,002,177 |
| | 08/16/2021 | $137.24 | 8,002,395 | | 08/16/2021 | $78.25 | 8,002,395 |
| | 09/20/2021 | $297.29 | 8,002,448 | | 09/20/2021 | $169.50 | 8,002,448 |
| | 10/18/2021 | $297.30 | 8,002,491 | | 10/18/2021 | $169.50 | 8,002,491 |

**Chapter 13 Case # 19-23382**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 11/17/2021 | $300.46 | 8,002,542 | | 11/17/2021 | $171.31 | 8,002,542 |
| | 12/13/2021 | $300.45 | 8,002,591 | | 12/13/2021 | $171.30 | 8,002,591 |
| | 01/10/2022 | $300.46 | 8,002,646 | | 01/10/2022 | $171.31 | 8,002,646 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,411.24 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 13,830.54 | 100.00% | 13,830.54 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AXA EQUITABLE | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALERT AMBULANCE SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 2,319.04 | * | 0.00 | |
| 0005 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 21,397.34 | * | 0.00 | |
| 0007 | ATRIUM POST ACUTE CARE OF LIVINGST | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BANK OF AMERICA | UNSECURED | 28,979.65 | * | 0.00 | |
| 0009 | BANK OF AMERICA | UNSECURED | 24,602.89 | * | 0.00 | |
| 0010 | BANK OF AMERICA | UNSECURED | 2,010.99 | * | 0.00 | |
| 0011 | CHASE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | FIRST CLASS MOVERS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0019 | IMAGING CONSULTANTS OF ESSEX | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | M & T BANK | MORTGAGE ARRE | 41,553.06 | 100.00% | 5,660.85 | |
| 0024 | MONMOUTH OCEAN HOSPITAL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | JPMORGAN CHASE BANK NA | VEHICLE SECURE | 447.53 | 100.00% | 57.74 | |
| 0026 | NISSAN MOTOR ACCEPTANCE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | NORDSTROM SIGNATURE VISA | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SANTANDER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SANTANDER BANK, N.A. | UNSECURED | 6,862.02 | * | 0.00 | |
| 0032 | SANTANDER BANK, N.A. | UNSECURED | 6,922.90 | * | 0.00 | |
| 0033 | SIMONS AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0035 | SUMMIT WEST CONDOMINIUM | SECURED | 0.00 | 100.00% | 0.00 | |
| 0036 | TRANS UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | UNITED HEALTHCARE INSURANCE COM | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 539.70 | * | 0.00 | |
| 0043 | WOODLANDS AT WEST ORANGE CONDO | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | CEDAR STREET COMMONS | UNSECURED | 12,121.74 | * | 0.00 | |
| 0045 | NISSAN MOTOR ACCEPTANCE CORPORA | UNSECURED | 6,196.22 | * | 0.00 | |
| 0046 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 71.54 | * | 0.00 | |
| 0047 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | M & T BANK | (NEW) MTG Agree | 22,435.22 | 100.00% | 1,971.40 | |
| 0049 | M & T BANK | (NEW) MTG Agree | 0.00 | 100.00% | 0.00 | |

**Total Paid:  $22,931.77**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $23,410.00    -    Paid to Claims: $7,689.99    -    Admin Costs Paid: $15,241.78  =    Funds on Hand: $478.23

**Chapter 13 Case # 19-23382**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
         VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.