UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for the Debtor(s)**

Order Filed on February 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Anthony C. LaMonica**

Debtor(s)

Case No.: 19-23382-VFP

Adv. No.:

Hearing Date: February 17, 2022

Judge: Papalia

## ORDER FOR SUPPLEMENTAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT TO ATTORNEY FOR DEBTOR(S)

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 23, 2022**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**Page 2**
Debtor: Anthony C. LaMonica
Case No.:  19-23382-VFP
Caption of Order:  Order for Supplemental Allowance of Compensation and Reimbursement to Attorney for Debtors

---

Upon consideration of Debtor's Attorneys application for an order requesting

supplemental allowance fees, and good cause appearing therefore, it is hereby

**ORDERED** that the applicant be and is hereby allowed the following fees and reimbursement of costs, net of credits for sums heretofore received, to wit:

For fees and expenses in consideration of services rendered…………….. $1,200.17

and it is,

**FURTHER ORDERED** that said sum, an administrative expense of the Debtor's estate in accordance with Sec. 503(b)(2), United States Bankruptcy Code (11 U.S.C. Sec. 503(b)(2)), shall be paid in the following manner:

Through the debtor's Chapter 13 Plan.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.