Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.:  19−23382−VFP
                      Chapter:  13
                      Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C. Lamonica
   P O Box 1851
   Livingston, NJ 07039

Social Security No.:
   xxx−xx−2501

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/19/22 at 10:00 AM

to consider and act upon the following:

*116* − Creditor's Certification of Default (related document:40 Motion for Relief from Stay re: 768 Springfield, Summit City, NJ, 07901. Fee Amount $ 181. filed by Creditor M&T BANK, 98 Creditor's Certification of Default filed by Creditor M&T BANK, 103 Order (Generic)) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 05/5/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*118* − Certification in Opposition to Certification of Default by M&T Bank (related document:116 Creditor's Certification of Default (related document:40 Motion for Relief from Stay re: 768 Springfield, Summit City, NJ, 07901. Fee Amount $ 181. filed by Creditor M&T BANK, 98 Creditor's Certification of Default filed by Creditor M&T BANK, 103 Order (Generic)) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 05/5/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T BANK) filed by Scott E. Tanne on behalf of Anthony C. Lamonica. (Attachments: # 1 Certificate of Service) (Tanne, Scott)

Dated: 5/6/22

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court