| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**SCOTT E. TANNE, ESQ., P.C.**<br>**4 Chatham Road**<br>**Summit, NJ 07901**<br>**Phone: (973) 701-1776**<br>**Fax: (973) 701-0111**<br>**Scott E. Tanne, Esq.**<br>**ST2477**<br>**Attorney for the Debtor(s)** | Order Filed on June 6, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Anthony C. Lamonica**<br>Debtor(s) | Case No.: 19-23382-VFP<br><br>Adv. No.:<br><br>Hearing Date: May 19, 2022<br><br>Judge: Papalia |

## ORDER AUTHORIZING DEBTOR TO INCUR DEBT TO PURCHASE VEHICLE

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: June 6, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**

| | |
|---|---|
| Debtor: | Anthony C. Lamonica |
| Case No.: | 19-23382-VFP |
| Caption of Order: | Order Authorizing Debtor to Incur Debt to Purchase Vehicle |

Upon consideration of Debtors motion for an order authorizing debtors to incur debt to purchase vehicle and good cause appearing therefore, it is hereby

**ORDERED** that the Debtors are authorized to incur financing in the amount of $25,024.75 through Westlake Financial Services for the purchase of a 2020 Nissan Rogue.