| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>_____<br><br>**SCOTT E. TANNE, ESQ., P.C.**<br>**4 Chatham Road**<br>**Summit, NJ 07901**<br>**Phone: (973) 701-1776**<br>**Fax: (973) 701-0111**<br>**Scott E. Tanne, Esq.**<br>**ST2477**<br>**Attorney for the Debtor(s)** | Order Filed on June 6, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Anthony C. Lamonica**<br>Debtor(s) | Case No.:  19-23382-VFP<br><br>Adv. No.:<br><br>Hearing Date: May 19, 2022<br><br>Judge: Papalia |

### ORDER AUTHORIZING DEBTOR TO INCUR DEBT TO PURCHASE VEHICLE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 6, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**

Debtor:             Anthony C. Lamonica
Case No.:           19-23382-VFP
Caption of Order:   Order Authorizing Debtor to Incur Debt to Purchase Vehicle

---

Upon consideration of Debtors motion for an order authorizing debtors to incur debt to purchase vehicle and good cause appearing therefore, it is hereby

**ORDERED** that the Debtors are authorized to incur financing in the amount of $25,024.75 through Westlake Financial Services for the purchase of a 2020 Nissan Rogue.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-23382-VFP

Anthony C. Lamonica  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Jun 08, 2022  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

**Recip ID     Recipient Name and Address**
db     + Anthony C. Lamonica, P O Box 1851, Livingston, NJ 07039-7451

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

**Name     Email Address**

Denise E. Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa N. Licker
    on behalf of Creditor M&T BANK mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor M&T BANK phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Scott E. Tanne
    on behalf of Debtor Anthony C. Lamonica ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7