Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 19−23382−VFP
> Chapter: 13
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Anthony C. Lamonica
  P O Box 1851
  Livingston, NJ 07039

Social Security No.:
  xxx−xx−2501

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

  NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       7/21/22
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

  The following applications for compensation have been filed:

APPLICANT(S)
Scott Tanne

COMMISSION OR FEES
$1,623.00

EXPENSES
$7.71

If this is a chapter 13 case, the fees and expenses awarded:

  ☑   will not reduce the amount to be paid to general unsecured
      creditors under the plan.

  ☐   will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

  An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 23, 2022
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                         Case No. 19-23382-VFP
Anthony C. Lamonica                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                              Page 1 of 4
Date Rcvd: Jun 23, 2022                     Form ID: 137                            Total Noticed: 52

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony C. Lamonica, P O Box 1851, Livingston, NJ 07039-7451 |
| 518343188 | + | AXA Equitable, PO Box 1047, Charlotte, NC 28201-1047 |
| 518343187 | + | Atrium Post Acute Care of Livingston, 348 East Cedar Street, Livingston, NJ 07039-4221 |
| 518618710 | + | Cedar Street Commons, Rosenberg & Rosenberg, 2816 Morris Ave., Suite 23, Union, New Jersey 07083-4869 |
| 518343198 | + | First Class Movers, Inc., 18 Passaic Avenue, Unit 3, Fairfield, NJ 07004-3834 |
| 518357206 | + | Goldberg Realty Associates, 33 Clinton Road, Caldwell, NJ 07006-6790 |
| 518354936 | + | Goldberg Realty Associates, 33 Clinton Road, Ste 202, West Caldwell, NJ 07006-6790 |
| 518343199 | | Imaging Consultants of Essex, P.O Box 3247, Indianapolis, IN 46206-3247 |
| 518343205 | + | Monmouth Ocean Hospital Service Corp, 4806 Megill Road, Suite 3, Neptune, NJ 07753-6926 |
| 518343213 | + | Santander Bank, P.O. Box 847051, Boston, MA 02284-7051 |
| 518415799 | | Santander Bank, N.A., P.O. Box 847051, Boston, MA 02284-7051 |
| 518343215 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 518343216 | + | Summit West Condominium, c/o Community Management Corp., 1225 Alma Rd Ste 100, Richardson, TX 75081-2298 |
| 518343218 | + | United Healthcare Insurance Company, PO Box 30607, Salt Lake City, UT 84130-0607 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518397968 | | Email/PDF: bncnotices@becket-lee.com | Jun 23 2022 20:37:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518343183 | + | Email/PDF: bncnotices@becket-lee.com | Jun 23 2022 20:37:55 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518343184 | + | Email/PDF: bncnotices@becket-lee.com | Jun 23 2022 20:37:56 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518343185 | + | Email/PDF: bncnotices@becket-lee.com | Jun 23 2022 20:37:56 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518343186 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2022 20:37:56 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 518343191 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 23 2022 20:31:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518343190 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 23 2022 20:31:00 | Bank Of America, Attn: Bankruptcy, Po Box |

Case 19-23382-VFP　　Doc 127　　Filed 06/25/22　　Entered 06/26/22 00:13:11　　Desc
Imaged Certificate of Notice　　Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2022 | Form ID: 137 | Total Noticed: 52 |

| Recip ID | Notice Type | Time | Recipient |
|---|---|---|---|
| 518343189 | + Email/Text: creditcardbkcorrespondence@bofa.com | | 982238, El Paso, TX 79998-2238 |
| | | Jun 23 2022 20:31:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518419756 | + Email/Text: mortgagebkcorrespondence@bofa.com | Jun 23 2022 20:32:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518343221 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2022 20:37:50 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518343222 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2022 20:37:50 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518459571 | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2022 20:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518343196 | ^ MEBN | Jun 23 2022 20:29:12 | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 518343197 | ^ MEBN | Jun 23 2022 20:30:05 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 518343200 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2022 20:32:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518343192 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2022 20:37:39 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518343193 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2022 20:37:44 | Chase Auto Finance, Po Box 901003, Ft Worth, TX 76101 |
| 518343194 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2022 20:37:54 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518343195 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2022 20:37:45 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 518417953 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2022 20:37:39 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518343203 | Email/Text: camanagement@mtb.com | Jun 23 2022 20:32:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 518343202 | Email/Text: camanagement@mtb.com | Jun 23 2022 20:32:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518404922 | Email/Text: camanagement@mtb.com | Jun 23 2022 20:32:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 518454738 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2022 20:32:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 518343207 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 23 2022 20:32:00 | Nissan Motor Acceptance, Attn: Bankruptcy Dept, Po Box 660360, Dallas, TX 75266-0360 |
| 518343206 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 23 2022 20:32:00 | Nissan Motor Acceptance, P.o. Box 660366, Dallas, TX 75266-0366 |
| 518343208 | + Email/Text: bnc@nordstrom.com | Jun 23 2022 20:32:50 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518343209 | + Email/Text: bnc@nordstrom.com | Jun 23 2022 20:32:56 | Nordstrom Signature Visa, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 518343210 | ^ MEBN | Jun 23 2022 20:30:13 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518343212 | + Email/Text: DeftBkr@santander.us | Jun 23 2022 20:32:00 | Santander Bank, Po Box 841002, Boston, MA 02284-1002 |
| 518343211 | + Email/Text: DeftBkr@santander.us | Jun 23 2022 20:32:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 518343214 | + Email/Text: clientservices@simonsagency.com | Jun 23 2022 20:32:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 518343217 | ^ MEBN | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2022 | Form ID: 137 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 23 2022 20:29:50 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 518449930 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jun 23 2022 20:37:56 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518343219 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jun 23 2022 20:31:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 518343220 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jun 23 2022 20:31:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518561056 | | M & T Bank |
| 518343223 | | Woodlands at West Orange Condo |
| 518475126 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518343182 | ##+ | Alert Ambulance Service, PO Box 192, Brick, NJ 08723-0192 |
| 518343201 | ##+ | KML Law Group, P.C., 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |
| 518343204 | ##+ | Melissa C Lamonica, 768 Springfield Ave, Unit C-1, Summit, NJ 07901-2333 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor M&T BANK mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Scott E. Tanne | on behalf of Debtor Anthony C. Lamonica ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2022 | Form ID: 137 | Total Noticed: 52 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7