Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23382−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C. Lamonica
   P O Box 1851
   Livingston, NJ 07039

Social Security No.:
   xxx−xx−2501

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 4, 2022.

On 7/28/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:            August 18, 2022
Time:            08:30 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 28, 2022
JAN: smz

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-23382-VFP

Anthony C. Lamonica  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Jul 28, 2022  Form ID: 185  Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony C. Lamonica, P O Box 1851, Livingston, NJ 07039-7451 |
| 518343188 | + | AXA Equitable, PO Box 1047, Charlotte, NC 28201-1047 |
| 518343187 | + | Atrium Post Acute Care of Livingston, 348 East Cedar Street, Livingston, NJ 07039-4221 |
| 518618710 | + | Cedar Street Commons, Rosenberg & Rosenberg, 2816 Morris Ave., Suite 23, Union, New Jersey 07083-4869 |
| 518343198 | + | First Class Movers, Inc., 18 Passaic Avenue, Unit 3, Fairfield, NJ 07004-3834 |
| 518357206 | + | Goldberg Realty Associates, 33 Clinton Road, Caldwell, NJ 07006-6790 |
| 518354936 | + | Goldberg Realty Associates, 33 Clinton Road, Ste 202, West Caldwell, NJ 07006-6790 |
| 518343199 | | Imaging Consultants of Essex, P.O Box 3247, Indianapolis, IN 46206-3247 |
| 518343205 | + | Monmouth Ocean Hospital Service Corp, 4806 Megill Road, Suite 3, Neptune, NJ 07753-6926 |
| 518343213 | + | Santander Bank, P.O. Box 847051, Boston, MA 02284-7051 |
| 518415799 | | Santander Bank, N.A., P.O. Box 847051, Boston, MA 02284-7051 |
| 518343215 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 518343216 | + | Summit West Condominium, c/o Community Management Corp., 1225 Alma Rd Ste 100, Richardson, TX 75081-2298 |
| 518343218 | + | United Healthcare Insurance Company, PO Box 30607, Salt Lake City, UT 84130-0607 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518397968 | | Email/PDF: bncnotices@becket-lee.com | Jul 28 2022 20:48:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518343183 | + | Email/PDF: bncnotices@becket-lee.com | Jul 28 2022 20:48:42 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518343184 | + | Email/PDF: bncnotices@becket-lee.com | Jul 28 2022 20:48:52 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518343185 | + | Email/PDF: bncnotices@becket-lee.com | Jul 28 2022 20:48:43 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518343186 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 20:49:01 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 518343191 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 28 2022 20:39:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518343190 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 28 2022 20:39:00 | Bank Of America, Attn: Bankruptcy, Po Box |

Case 19-23382-VFP    Doc 134    Filed 07/30/22    Entered 07/31/22 00:15:10    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: 185 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | | 982238, El Paso, TX 79998-2238 |
| 518343189 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 28 2022 20:39:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518419756 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 28 2022 20:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518343221 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 20:49:01 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518343222 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 20:49:01 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518459571 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2022 20:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518343196 | ^ | MEBN | Jul 28 2022 20:35:31 | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 518343197 | ^ | MEBN | Jul 28 2022 20:36:18 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 518343200 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 28 2022 20:40:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518343192 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2022 20:48:38 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518343193 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2022 20:48:38 | Chase Auto Finance, Po Box 901003, Ft Worth, TX 76101 |
| 518343194 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2022 20:48:48 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518343195 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2022 20:48:57 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 518417953 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2022 20:48:57 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518343203 | | Email/Text: camanagement@mtb.com | Jul 28 2022 20:40:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 518343202 | | Email/Text: camanagement@mtb.com | Jul 28 2022 20:40:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518404922 | | Email/Text: camanagement@mtb.com | Jul 28 2022 20:40:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 518454738 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2022 20:40:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 518343207 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 28 2022 20:40:00 | Nissan Motor Acceptance, Attn: Bankruptcy Dept, Po Box 660360, Dallas, TX 75266-0360 |
| 518343206 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 28 2022 20:40:00 | Nissan Motor Acceptance, P.o. Box 660366, Dallas, TX 75266-0366 |
| 518343208 | + | Email/Text: bnc@nordstrom.com | Jul 28 2022 20:40:47 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518343209 | + | Email/Text: bnc@nordstrom.com | Jul 28 2022 20:40:56 | Nordstrom Signature Visa, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 518343210 | ^ | MEBN | Jul 28 2022 20:36:35 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518343212 | + | Email/Text: DeftBkr@santander.us | Jul 28 2022 20:40:00 | Santander Bank, Po Box 841002, Boston, MA 02284-1002 |
| 518343211 | + | Email/Text: DeftBkr@santander.us | Jul 28 2022 20:40:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 518343214 | + | Email/Text: clientservices@simonsagency.com | Jul 28 2022 20:40:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 518343217 | ^ | MEBN | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: 185 | Total Noticed: 52 |

|  |  |  | Jul 28 2022 20:36:11 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
|---|---|---|---|---|
| 518449930 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 28 2022 20:49:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518343219 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 28 2022 20:39:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 518343220 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 28 2022 20:39:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518561056 |  | M & T Bank |
| 518343223 |  | Woodlands at West Orange Condo |
| 518475126 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518343182 | ##+ | Alert Ambulance Service, PO Box 192, Brick, NJ 08723-0192 |
| 518343201 | ##+ | KML Law Group, P.C., 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |
| 518343204 | ##+ | Melissa C Lamonica, 768 Springfield Ave, Unit C-1, Summit, NJ 07901-2333 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022         Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor M&T BANK mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Scott E. Tanne | on behalf of Debtor Anthony C. Lamonica ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |

District/off: 0312-2      User: admin      Page 4 of 4

Date Rcvd: Jul 28, 2022      Form ID: 185      Total Noticed: 52

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7