Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  19−23382−VFP
    Chapter:  13
    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C. Lamonica
   P O Box 1851
   Livingston, NJ 07039

Social Security No.:
   xxx−xx−2501

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 16, 2022.

Dated: September 16, 2022
JAN: rah

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-23382-VFP
Anthony C. Lamonica  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4
Date Rcvd: Sep 16, 2022      Form ID: plncf13      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony C. Lamonica, P O Box 1851, Livingston, NJ 07039-7451 |
| 518343188 | + | AXA Equitable, PO Box 1047, Charlotte, NC 28201-1047 |
| 518343187 | + | Atrium Post Acute Care of Livingston, 348 East Cedar Street, Livingston, NJ 07039-4221 |
| 518618710 | + | Cedar Street Commons, Rosenberg & Rosenberg, 2816 Morris Ave., Suite 23, Union, New Jersey 07083-4869 |
| 518343198 | + | First Class Movers, Inc., 18 Passaic Avenue, Unit 3, Fairfield, NJ 07004-3834 |
| 518357206 | + | Goldberg Realty Associates, 33 Clinton Road, Caldwell, NJ 07006-6790 |
| 518354936 | + | Goldberg Realty Associates, 33 Clinton Road, Ste 202, West Caldwell, NJ 07006-6790 |
| 518343199 | | Imaging Consultants of Essex, P.O Box 3247, Indianapolis, IN 46206-3247 |
| 518343205 | + | Monmouth Ocean Hospital Service Corp, 4806 Megill Road, Suite 3, Neptune, NJ 07753-6926 |
| 518343213 | + | Santander Bank, P.O. Box 847051, Boston, MA 02284-7051 |
| 518415799 | | Santander Bank, N.A., P.O. Box 847051, Boston, MA 02284-7051 |
| 518343215 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 518343216 | + | Summit West Condominium, c/o Community Management Corp., 1225 Alma Rd Ste 100, Richardson, TX 75081-2298 |
| 518343218 | + | United Healthcare Insurance Company, PO Box 30607, Salt Lake City, UT 84130-0607 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518397968 | | Email/PDF: bncnotices@becket-lee.com | Sep 16 2022 20:36:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518343183 | + | Email/PDF: bncnotices@becket-lee.com | Sep 16 2022 20:36:13 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518343184 | + | Email/PDF: bncnotices@becket-lee.com | Sep 16 2022 20:36:14 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518343185 | + | Email/PDF: bncnotices@becket-lee.com | Sep 16 2022 20:36:13 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518343186 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 16 2022 20:36:29 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 518343191 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 16 2022 20:33:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518343190 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 16 2022 20:33:00 | Bank Of America, Attn: Bankruptcy, Po Box |

Case 19-23382-VFP    Doc 139    Filed 09/18/22    Entered 09/19/22 00:17:18    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 16, 2022 | Form ID: plncf13 | Total Noticed: 52 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 982238, El Paso, TX 79998-2238 |
| 518343189 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 16 2022 20:33:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518419756 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 16 2022 20:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518343221 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 16 2022 20:36:06 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518343222 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 16 2022 20:36:06 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518459571 | | Email/Text: bnc-quantum@quantum3group.com | Sep 16 2022 20:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518343196 | ^ | MEBN | Sep 16 2022 20:27:49 | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 518343197 | ^ | MEBN | Sep 16 2022 20:29:05 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 518343200 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 16 2022 20:34:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518343192 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 16 2022 20:36:21 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518343193 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 16 2022 20:36:21 | Chase Auto Finance, Po Box 901003, Ft Worth, TX 76101 |
| 518343194 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 16 2022 20:35:59 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518343195 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 16 2022 20:36:11 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 518417953 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 16 2022 20:36:11 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518343203 | | Email/Text: camanagement@mtb.com | Sep 16 2022 20:34:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 518343202 | | Email/Text: camanagement@mtb.com | Sep 16 2022 20:34:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518404922 | | Email/Text: camanagement@mtb.com | Sep 16 2022 20:34:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 518454738 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 16 2022 20:34:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 518343207 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 16 2022 20:33:00 | Nissan Motor Acceptance, Attn: Bankruptcy Dept, Po Box 660360, Dallas, TX 75266-0360 |
| 518343206 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 16 2022 20:33:00 | Nissan Motor Acceptance, P.o. Box 660366, Dallas, TX 75266-0366 |
| 518343208 | + | Email/Text: bnc@nordstrom.com | Sep 16 2022 20:34:32 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518343209 | + | Email/Text: bnc@nordstrom.com | Sep 16 2022 20:34:32 | Nordstrom Signature Visa, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 518343210 | ^ | MEBN | Sep 16 2022 20:29:14 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518343212 | + | Email/Text: DeftBkr@santander.us | Sep 16 2022 20:34:00 | Santander Bank, Po Box 841002, Boston, MA 02284-1002 |
| 518343211 | + | Email/Text: DeftBkr@santander.us | Sep 16 2022 20:34:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 518343214 | + | Email/Text: clientservices@simonsagency.com | Sep 16 2022 20:34:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 518343217 | ^ | MEBN | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 16, 2022 | Form ID: plncf13 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 16 2022 20:28:27 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 518449930 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Sep 16 2022 20:36:25 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518343219 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Sep 16 2022 20:33:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 518343220 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Sep 16 2022 20:33:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518561056 | | M & T Bank |
| 518343223 | | Woodlands at West Orange Condo |
| 518475126 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518343182 | ##+ | Alert Ambulance Service, PO Box 192, Brick, NJ 08723-0192 |
| 518343201 | ##+ | KML Law Group, P.C., 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |
| 518343204 | ##+ | Melissa C Lamonica, 768 Springfield Ave, Unit C-1, Summit, NJ 07901-2333 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor M&T BANK mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Scott E. Tanne | on behalf of Debtor Anthony C. Lamonica ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |

District/off: 0312-2     User: admin     Page 4 of 4
Date Rcvd: Sep 16, 2022     Form ID: plncf13     Total Noticed: 52

U.S. Trustee
           USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7