Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−23382−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anthony C. Lamonica
    P O Box 1851
    Livingston, NJ 07039

Social Security No.:
    xxx−xx−2501

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/1/22.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 1, 2022
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
Case No. 19-23382-VFP

Anthony C. Lamonica
Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4

Date Rcvd: Dec 01, 2022      Form ID: 148      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony C. Lamonica, P O Box 1851, Livingston, NJ 07039-7451 |
| 518343188 | + | AXA Equitable, PO Box 1047, Charlotte, NC 28201-1047 |
| 518343187 | + | Atrium Post Acute Care of Livingston, 348 East Cedar Street, Livingston, NJ 07039-4221 |
| 518618710 | + | Cedar Street Commons, Rosenberg & Rosenberg, 2816 Morris Ave., Suite 23, Union, New Jersey 07083-4869 |
| 518343198 | + | First Class Movers, Inc., 18 Passaic Avenue, Unit 3, Fairfield, NJ 07004-3834 |
| 518357206 | + | Goldberg Realty Associates, 33 Clinton Road, Caldwell, NJ 07006-6790 |
| 518354936 | + | Goldberg Realty Associates, 33 Clinton Road, Ste 202, West Caldwell, NJ 07006-6790 |
| 518343199 | | Imaging Consultants of Essex, P.O Box 3247, Indianapolis, IN 46206-3247 |
| 518343205 | + | Monmouth Ocean Hospital Service Corp, 4806 Megill Road, Suite 3, Neptune, NJ 07753-6926 |
| 518343213 | + | Santander Bank, P.O. Box 847051, Boston, MA 02284-7051 |
| 518415799 | | Santander Bank, N.A., P.O. Box 847051, Boston, MA 02284-7051 |
| 518343215 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 518343216 | + | Summit West Condominium, c/o Community Management Corp., 1225 Alma Rd Ste 100, Richardson, TX 75081-2298 |
| 518343218 | + | United Healthcare Insurance Company, PO Box 30607, Salt Lake City, UT 84130-0607 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2022 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2022 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518397968 | | Email/PDF: bncnotices@becket-lee.com | Dec 01 2022 20:57:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518343183 | + | Email/PDF: bncnotices@becket-lee.com | Dec 01 2022 20:58:15 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518343184 | + | Email/PDF: bncnotices@becket-lee.com | Dec 01 2022 20:58:08 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518343185 | + | Email/PDF: bncnotices@becket-lee.com | Dec 01 2022 20:58:08 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518343186 | + | EDI: CITICORP.COM | Dec 02 2022 01:48:00 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 518343191 | + | EDI: BANKAMER.COM | Dec 02 2022 01:48:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518343190 | + | EDI: BANKAMER.COM | Dec 02 2022 01:48:00 | Bank Of America, Attn: Bankruptcy, Po Box |

District/off: 0312-2                          User: admin                                    Page 2 of 4
Date Rcvd: Dec 01, 2022                       Form ID: 148                              Total Noticed: 52

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   |   | 982238, El Paso, TX 79998-2238 |
| 518343189 | + | EDI: BANKAMER.COM |   |   |
|   |   |   | Dec 02 2022 01:48:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518419756 | + | EDI: BANKAMER2.COM |   |   |
|   |   |   | Dec 02 2022 01:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518343221 | + | EDI: CITICORP.COM |   |   |
|   |   |   | Dec 02 2022 01:48:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518343222 | + | EDI: CITICORP.COM |   |   |
|   |   |   | Dec 02 2022 01:48:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518459571 |   | EDI: Q3G.COM |   |   |
|   |   |   | Dec 02 2022 01:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518343196 | ^ | MEBN |   |   |
|   |   |   | Dec 01 2022 20:51:03 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 518343197 | ^ | MEBN |   |   |
|   |   |   | Dec 01 2022 20:50:44 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 518343200 |   | EDI: IRS.COM |   |   |
|   |   |   | Dec 02 2022 01:48:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518343192 |   | EDI: JPMORGANCHASE |   |   |
|   |   |   | Dec 02 2022 01:48:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518343193 |   | EDI: JPMORGANCHASE |   |   |
|   |   |   | Dec 02 2022 01:48:00 | Chase Auto Finance, Po Box 901003, Ft Worth, TX 76101 |
| 518343194 |   | EDI: JPMORGANCHASE |   |   |
|   |   |   | Dec 02 2022 01:48:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518343195 |   | EDI: JPMORGANCHASE |   |   |
|   |   |   | Dec 02 2022 01:48:00 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 518417953 |   | EDI: JPMORGANCHASE |   |   |
|   |   |   | Dec 02 2022 01:48:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518343203 |   | Email/Text: camanagement@mtb.com |   |   |
|   |   |   | Dec 01 2022 20:55:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 518343202 |   | Email/Text: camanagement@mtb.com |   |   |
|   |   |   | Dec 01 2022 20:55:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518404922 |   | Email/Text: camanagement@mtb.com |   |   |
|   |   |   | Dec 01 2022 20:55:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 518454738 | + | Email/Text: bankruptcydpt@mcmcg.com |   |   |
|   |   |   | Dec 01 2022 20:55:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 518343207 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com |   |   |
|   |   |   | Dec 01 2022 20:55:00 | Nissan Motor Acceptance, Attn: Bankruptcy Dept, Po Box 660360, Dallas, TX 75266-0360 |
| 518343206 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com |   |   |
|   |   |   | Dec 01 2022 20:55:00 | Nissan Motor Acceptance, P.o. Box 660366, Dallas, TX 75266-0366 |
| 518343208 | + | Email/Text: bnc@nordstrom.com |   |   |
|   |   |   | Dec 01 2022 20:55:04 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518343209 | + | Email/Text: bnc@nordstrom.com |   |   |
|   |   |   | Dec 01 2022 20:55:04 | Nordstrom Signature Visa, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 518343210 | ^ | MEBN |   |   |
|   |   |   | Dec 01 2022 20:50:29 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518343212 | + | Email/Text: DeftBkr@santander.us |   |   |
|   |   |   | Dec 01 2022 20:55:00 | Santander Bank, Po Box 841002, Boston, MA 02284-1002 |
| 518343211 | + | Email/Text: DeftBkr@santander.us |   |   |
|   |   |   | Dec 01 2022 20:55:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 518343214 | + | Email/Text: clientservices@simonsagency.com |   |   |
|   |   |   | Dec 01 2022 20:55:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 518343217 | ^ | MEBN |   |   |

District/off: 0312-2                          User: admin                                              Page 3 of 4
Date Rcvd: Dec 01, 2022                       Form ID: 148                                    Total Noticed: 52

| | | | Dec 01 2022 20:51:31 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 518449930 | + | EDI: AIS.COM | | |
| | | | Dec 02 2022 01:48:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518343219 | + | EDI: VERIZONCOMB.COM | | |
| | | | Dec 02 2022 01:48:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 518343220 | + | EDI: VERIZONCOMB.COM | | |
| | | | Dec 02 2022 01:48:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518561056 | | M & T Bank |
| 518343223 | | Woodlands at West Orange Condo |
| 518475126 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518343182 | ##+ | Alert Ambulance Service, PO Box 192, Brick, NJ 08723-0192 |
| 518343201 | ##+ | KML Law Group, P.C., 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |
| 518343204 | ##+ | Melissa C Lamonica, 768 Springfield Ave, Unit C-1, Summit, NJ 07901-2333 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2022                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor M&T BANK mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Scott E. Tanne | on behalf of Debtor Anthony C. Lamonica ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |

District/off: 0312-2                    User: admin                                    Page 4 of 4
Date Rcvd: Dec 01, 2022                 Form ID: 148                                 Total Noticed: 52

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7